### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: CRIMINAL NUMBER: 4:21-CR-14 (CDL)** |
| | : |
| **v.** | : |
| | : |
| **CATHY L. LOWE** | : |
| | : |

### CONSENT ORDER FOR CONTINUANCE

The defendant in the above-styled case was indicted on April 14, 2021, and arraigned on April 26, 2021. At arraignment, Defendant was released on an unsecured bond. By Order of the Court, this case has been declared complex. Doc. 21-1. Defendant's case has been set for pretrial conference on November 29, 2021. Doc. 25.

The parties stipulate and agree that discovery in this case is voluminous and ongoing, and that continued negotiations could result in a disposition of the case without trial. They seek a continuance of the pretrial conference and a continuation of the trial to the Court's March 2022 jury trial term. The parties further agree that neither the Defendant nor the Government would suffer prejudice from the granting of this request.

Accordingly, IT IS HEREBY **ORDERED** that the above-referenced matter be continued hereafter to the Court's March, 2022 term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. Sect. 3161(c)(1) be extended to that time. The Court likewise orders that the pretrial conference previously scheduled for November 29, 2021, is cancelled and continued until further Order of the Court.

It is the Court's finding that the ends of justice [18 U.S.C. Sect. 3161(h)(8)(A)] served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial for the reason that failure to grant such continuance could result in a miscarriage of

justice [18 U.S.C. Sect. 3161(h)(8)(B)(i)]; and the failure to grant such continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence [18 U.S.C. Sect. (h)(8)(B)(iv)].

SO ORDERED, this **3rd** day of **November 2021**.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE