**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: CRIMINAL NUMBER: 4:21-CR-14 (CDL)** |
| | **:** |
| **v.** | **:** |
| | **:** |
| **CATHY L. LOWE** | **:** |
| _____ | **:** |

## CONSENT ORDER FOR CONTINUANCE

The defendant in the above-styled case was indicted on April 14, 2021, and arraigned on April 26, 2021.  At arraignment, Defendant was released on an unsecured bond.  By Order of the Court, this case has been declared complex.  Doc. 21-1. Defendant's case has been set for pretrial conference on January 31, 2022.  Doc. 30.

The parties stipulate and agree that discovery in this case is voluminous and ongoing, and that continued negotiations could result in a disposition of the case without trial.  The parties further agree that neither the Defendant nor the Government would suffer prejudice from the granting of this request.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the Court's September, 2022 term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. Sect. 3161(c)(1) be extended to that time.  The Court likewise orders that the pretrial conference previously scheduled for January 31, 2022, is cancelled and continued until further Order of the Court.

It is the Court's finding that the ends of justice [18 U.S.C. Sect. 3161(h)(8)(A)] served by the granting of this continuance outweigh the best interests of the public and

the defendant in a speedy trial for the reason that failure to grant such continuance could result in a miscarriage of justice [18 U.S.C. Sect. 3161(h)(8)(B)(i)]; and the failure to grant such continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence [18 U.S.C. Sect. (h)(8)(B)(iv)].

SO ORDERED, this 27th day of January 2022.


S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE