IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NUMBER: 4:21-CR-14 (CDL) |
| | : |
| **v.** | : |
| | : |
| **CATHY L. LOWE** | : |
| | : |

**CONSENT ORDER FOR CONTINUANCE**

The defendant in the above-styled case was indicted on April 14, 2021 and arraigned on April 26, 2021. At arraignment, Defendant was released on an unsecured bond. By Order of the Court, this case has been declared complex. Doc. No. 21-1. Defendant's case has been set for pretrial conference on August 2, 2022.

The parties stipulate and agree that discovery in this case is voluminous and ongoing, and that continued negotiations could result in a disposition of the case without trial. The parties are also waiting on additional discovery from the Internal Revenue Service that will need to be reviewed and assessed by the parties. The parties further agree that neither the Defendant nor the Government would suffer prejudice from the granting of this request.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the Court's January 2023 term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. Sect. 3161(c)(1) be extended to that time.

It is the Court's finding that the ends of justice [18 U.S.C. Sect. 3161(h)(8)(A)] served by the granting of this continuance outweigh the best interests of the public and

the defendant in a speedy trial for the reason that failure to grant such continuance could result in a miscarriage of justice [18 U.S.C. Sect. 3161(h)(8)(B)(i)]; and the failure to grant such continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence [18 U.S.C. Sect. (h)(8)(B)(iv)].

    SO ORDERED, this **2nd** day of **August 2022**.

                                        S/Clay D. Land  
                                        CLAY D. LAND  
                                        UNITED STATES DISTRICT JUDGE