```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

UNITED STATES OF AMERICA          *

vs.                               *

CATHY L. LOWE,                    *      CASE NO. 4:21-CR-14 (CDL)

    Defendant.                    *

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on March 2, 2023. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). The Court nevertheless reviews the Report and Recommendation de novo and adopts the Recommendation of the Magistrate Judge and makes it the order of this Court. Specifically, the Court finds that Defendant's plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the plea shall be entered and the Defendant is adjudged guilty of the offense. The Probation Office shall conduct a presentence investigation and prepare a presentence report pursuant to applicable law.

IT IS SO ORDERED, this 23rd day of March, 2023.

                                          S/Clay D. Land
                                          CLAY D. LAND
                                          U.S. DISTRICT COURT JUDGE
                                          MIDDLE DISTRICT OF GEORGIA